AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Greenaway, Joseph A. | U.S. Court of Appeals for the Third Circuit | 03/17/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Article III | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. P.O. & Federal Courthouse
Federal Square and Walnut St.
Newark, NJ 07101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Editor | ABA Litigation Magazine |
| 2. | Trustee | �altenRedacted |
| 3. | Trustee | Redacted |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 94-96 | Johnson & Johnson Employee Savings Plan |
| 2. | 95-96 | Johnson & Johnson Pension Plan |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | ▨▨▨▨▨ - teaching | $17,475.00 |
| 2. | 2018 | ▨▨▨▨▨ - teaching | $10,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | ▨▨▨▨▨ |
| 2. | 2018 | self employed consultant |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ▨▨▨▨▨ | February 1-4, 2018 | Columbia, SC | Speak on panel | transportation, lodging, meals |
| 2. | National Bar Association | February 15-18, 2018 | Dana Point, CA | Speak on panel | transportation, lodging, meals |
| 3. | ▨▨▨▨▨ | February 28-March 4, 2018 | San Francisco, CA | Attend Board of Trustees meeting | transportation, lodging, meals |
| 4. | ▨▨▨▨▨ | March 19-20, 2018 | ▨▨▨▨▨ | Judge moot court competition | transportation, lodging, meals |
| 5. | New York Intellectual Property Law Association | March 23-24, 2018 | New York, NY | Attend bar program | transportation, lodging, meal |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | ▓▓▓▓▓▓ | June 8-9, 2018 | New York, NY | Attend Board of Trustees meeting | transportation, meals |
| 7. | ▓▓▓▓▓▓ | September 6-7, 2018 | ▓▓▓▓▓▓ | Teach course | transportation, lodging |
| 8. | ▓▓▓▓▓▓ | September 13-14, 2018 | ▓▓▓▓▓▓ | Teach course | transportation, lodging |
| 9. | ▓▓▓▓▓▓ | September 20-21, 2018 | ▓▓▓▓▓▓ | Teach course | transportation, lodging |
| 10. | ▓▓▓▓▓▓ | October 4-6, 2018 | New York, NY | Attend Board of Trustees meeting | transportation, lodging, meals |
| 11. | ▓▓▓▓▓▓ | October 11-12, 2018 | ▓▓▓▓▓▓ | Teach course | transportation, lodging |
| 12. | ▓▓▓▓▓▓ | October 25-26, 2018 | ▓▓▓▓▓▓ | Teach course | transportation, lodging |
| 13. | ▓▓▓▓▓▓ | November 1-2, 2018 | ▓▓▓▓▓▓ | Teach course | transportation, lodging |
| 14. | ▓▓▓▓▓▓ | November 29-December 1, 2018 | New York, NY | Attend Board of Trustees meeting | transportation, lodging, meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |
| 2. | Citibank Mastercard | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merck common stock | A | Dividend | K | T | Sold (part) | 04/12/18 | J | A | |
| 2. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 3. Microsoft | A | Dividend | J | T | Sold (part) | 07/13/18 | J | B | |
| 4. McDonalds common stock | A | Dividend | K | T | | | | | |
| 5. Johnson & Johnson common stock | E | Dividend | O | T | Sold (part) | 11/02/18 | J | A | |
| 6. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 7. Citibank (checking & savings) | A | Interest | J | T | | | | | |
| 8. Disney common stock | A | Dividend | K | T | | | | | |
| 9. Intel common stock | A | Dividend | J | T | | | | | |
| 10. Johnson & Johnson 401(k) Diversified Equity Fund | A | Dividend | O | T | | | | | |
| 11. GE common stock | A | Dividend | J | T | | | | | |
| 12. Pfizer common stock | A | Dividend | J | T | Sold (part) | 04/12/18 | J | A | |
| 13. | | | | | Sold (part) | 06/28/18 | J | A | |
| 14. Comcast common stock | A | Dividend | J | T | Buy (add'l) | 07/13/18 | J | | |
| 15. Wells Fargo Securities IRA money market cash sweeps account | A | Interest | J | T | | | | | |
| 16. Northwestern Mutual Life Insurance (whole life) | | None | N | W | | | | | |
| 17. Alphabet common stock | | None | K | T | Buy (add'l) | 03/28/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Sold (part) | 07/13/18 | J | A | |
| 19. Apple common stock | A | Dividend | K | T | Sold (part) | 07/13/18 | J | A | |
| 20. AllianceBernstein Large-Cap Growth Fund | | None | | | Sold | 09/13/18 | J | A | |
| 21. AllianceBernstein Global Thematic Growth Fund | | None | | | Sold | 09/13/18 | J | A | |
| 22. Oppenheimer Main Street Fund | | None | | | Sold | 09/13/18 | J | A | |
| 23. ADP common stock (Y) | | | | | | | | | |
| 24. Facebook | | None | J | T | Buy (add'l) | 02/16/18 | J | | |
| 25. | | | | | Sold (part) | 07/13/18 | J | A | |
| 26. | | | | | Buy (add'l) | 08/07/18 | J | | |
| 27. Chase Bank | A | Interest | K | T | | | | | |
| 28. Amazon | | None | J | T | | | | | |
| 29. Prudential Jennison Blend Fund Inc. | | None | | | Sold | 09/13/18 | J | A | |
| 30. Vanguard Total Bond Market Fund | A | Dividend | | | Sold | 07/12/18 | K | | |
| 31. | A | Distribution | | | | | | | |
| 32. ▒▒▒▒▒ . Ret. Plan for Offs. Vanguard Target Retirement 2035 | C | Dividend | M | T | | | | | |
| 33. ▒▒▒▒▒ . Vol. Ret. Sav. Plan Vanguard Target Retirement 2035 | C | Dividend | M | T | | | | | |
| 34. 3M | A | Dividend | | | Sold (part) | 03/22/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold | 04/12/18 | J | | |
| 36.  Accenture | A | Dividend | J | T | | | | | |
| 37.  Amgen, Inc. | A | Dividend | J | T | Sold<br>(part) | 07/13/18 | J | A | |
| 38.  Anheuser-Busch | A | Dividend | | | Buy<br>(add'l) | 07/13/18 | J | | |
| 39. | | | | | Sold | 09/10/18 | J | | |
| 40.  Applied Materials Inc. | A | Dividend | J | T | Sold<br>(part) | 07/13/18 | J | | |
| 41.  AXA Spons ADR | A | Dividend | J | T | Buy<br>(add'l) | 07/13/18 | J | | |
| 42.  Bank of New York Mellon Corp. | A | Dividend | J | T | Sold<br>(part) | 07/13/18 | J | A | |
| 43.  Becton Dickinson | A | Dividend | J | T | Sold<br>(part) | 07/13/18 | J | A | |
| 44.  Berkshire Hathaway | | None | J | T | Buy<br>(add'l) | 06/28/18 | J | | |
| 45.  Biogen Inc. | | None | J | T | | | | | |
| 46.  Blackrock, Inc. common stock | A | Dividend | J | T | Sold<br>(part) | 02/07/18 | J | A | |
| 47.  Broadcom LTD | A | Dividend | J | T | Buy<br>(add'l) | 01/08/18 | J | | |
| 48. | | | | | Buy<br>(add'l) | 02/07/18 | J | | |
| 49. | | | | | Sold<br>(part) | 07/13/18 | J | | |
| 50. | | | | | Buy<br>(add'l) | 07/25/18 | J | | |
| 51.  California St. Dept. 3.127% 12/01/29 | A | Interest | J | T | Sold<br>(part) | 10/19/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Canadian National Railway | A | Dividend | J | T | | | | | |
| 53. Carlisle Cos. Inc. | A | Dividend | | | Sold | 05/25/18 | J | | |
| 54. Charles Schwab Corp. common stock | A | Dividend | J | T | Sold (part) | 07/13/18 | J | A | |
| 55. Chevron Corp. | A | Dividend | J | T | Buy (add'l) | 06/28/18 | J | | |
| 56. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 57. Clorox | A | Dividend | J | T | | | | | |
| 58. Cognizant Technology Solutions Corp. | A | Dividend | J | T | | | | | |
| 59. Credit Suisse Commodity Return Strat I Fund | B | Dividend | | | Buy (add'l) | 01/24/18 | K | | |
| 60. | | | | | Sold (part) | 07/12/18 | J | | |
| 61. | | | | | Sold | 10/26/18 | L | | |
| 62. Crown Holdings | | None | | | Sold | 05/25/18 | J | | |
| 63. CVS Health Corp. | A | Dividend | | | Sold (part) | 06/28/18 | J | | |
| 64. | | | | | Sold | 10/29/18 | J | | |
| 65. Danaher Corp. | A | Dividend | J | T | Sold (part) | 07/13/18 | J | A | |
| 66. Danone Spons ADR | A | Dividend | J | T | Buy (add'l) | 07/13/18 | J | | |
| 67. Deere & Co. | A | Dividend | J | T | | | | | |
| 68. Deutsche Telekom | | None | | | Sold | 02/21/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Discover Bank CD 2.35% 9/13/22 | A | Interest | J | T | | | | | |
| 70. Durham NC LTD 3.3% 10/1/27 | A | Interest | K | T | | | | | |
| 71. Emerson Electric Co. | A | Dividend | J | T | | | | | |
| 72. ExxonMobil Corp. | A | Dividend | | | Sold | 02/16/18 | J | | |
| 73. Federated Prime Cash Obligations | A | Dividend | K | T | Buy (add'l) | 01/02/18 | J | | |
| 74. | | | | | Buy (add'l) | 01/03/18 | J | | |
| 75. | | | | | Buy (add'l) | 01/04/18 | J | | |
| 76. | | | | | Sold (part) | 01/08/18 | J | | |
| 77. | | | | | Sold (part) | 01/11/18 | J | | |
| 78. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 79. | | | | | Buy (add'l) | 01/16/18 | J | | |
| 80. | | | | | Sold (part) | 01/22/18 | J | | |
| 81. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 82. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 83. | | | | | Buy (add'l) | 01/31/18 | J | | |
| 84. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 85. | | | | | Buy (add'l) | 02/02/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 02/09/18 | K | | |
| 87. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 88. | | | | | Sold (part) | 02/07/18 | J | | |
| 89. | | | | | Sold (part) | 02/14/18 | K | | |
| 90. | | | | | Buy (add'l) | 02/15/18 | K | | |
| 91. | | | | | Sold (part) | 02/16/18 | K | | |
| 92. | | | | | Sold (part) | 02/20/18 | K | | |
| 93. | | | | | Sold (part) | 02/21/18 | J | | |
| 94. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 95. | | | | | Sold (part) | 02/27/18 | J | | |
| 96. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 97. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 98. | | | | | Buy (add'l) | 03/02/18 | K | | |
| 99. | | | | | Buy (add'l) | 03/05/18 | K | | |
| 100. | | | | | Buy (add'l) | 03/06/18 | J | | |
| 101. | | | | | Sold (part) | 03/07/18 | K | | |
| 102. | | | | | Buy (add'l) | 03/08/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/09/18 | J | | |
| 104. | | | | | Buy (add'l) | 03/12/18 | J | | |
| 105. | | | | | Sold (part) | 03/13/18 | K | | |
| 106. | | | | | Buy (add'l) | 03/14/18 | J | | |
| 107. | | | | | Sold (part) | 03/20/18 | J | | |
| 108. | | | | | Buy (add'l) | 03/21/18 | J | | |
| 109. | | | | | Sold (part) | 03/22/18 | J | | |
| 110. | | | | | Sold (part) | 03/28/18 | J | | |
| 111. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 112. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 113. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 114. | | | | | Sold (part) | 04/04/18 | J | | |
| 115. | | | | | Buy (add'l) | 04/06/18 | J | | |
| 116. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 117. | | | | | Sold (part) | 04/13/18 | J | | |
| 118. | | | | | Buy (add'l) | 04/16/18 | J | | |
| 119. | | | | | Sold (part) | 04/18/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 04/20/18 | J | | |
| 121. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 122. | | | | | Buy (add'l) | 04/27/18 | J | | |
| 123. | | | | | Sold (part) | 04/30/18 | J | | |
| 124. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 125. | | | | | Buy (add'l) | 05/02/18 | J | | |
| 126. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 127. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 128. | | | | | Sold (part) | 05/09/18 | J | | |
| 129. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 130. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 131. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 132. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 133. | | | | | Sold (part) | 05/21/18 | J | | |
| 134. | | | | | Buy (add'l) | 05/23/18 | J | | |
| 135. | | | | | Sold (part) | 05/25/18 | J | | |
| 136. | | | | | Buy (add'l) | 05/29/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 05/30/18 | J | | |
| 138. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 139. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 140. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 141. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 142. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 143. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 144. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 145. | | | | | Buy (add'l) | 06/12/18 | J | | |
| 146. | | | | | Buy (add'l) | 06/13/18 | J | | |
| 147. | | | | | Buy (add'l) | 06/14/18 | J | | |
| 148. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 149. | | | | | Sold (part) | 06/20/18 | J | | |
| 150. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 151. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 152. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 153. | | | | | Buy (add'l) | 06/26/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 06/27/18 | J | | |
| 155. | | | | | Buy<br>(add'l) | 06/28/18 | J | | |
| 156. | | | | | Buy<br>(add'l) | 06/29/18 | J | | |
| 157. | | | | | Buy<br>(add'l) | 07/02/18 | J | | |
| 158. | | | | | Buy<br>(add'l) | 07/03/18 | J | | |
| 159. | | | | | Buy<br>(add'l) | 07/05/18 | J | | |
| 160. | | | | | Buy<br>(add'l) | 07/09/18 | J | | |
| 161. | | | | | Buy<br>(add'l) | 07/11/18 | J | | |
| 162. | | | | | Sold<br>(part) | 07/12/18 | J | | |
| 163. | | | | | Buy<br>(add'l) | 07/13/18 | J | | |
| 164. | | | | | Buy<br>(add'l) | 07/16/18 | J | | |
| 165. | | | | | Sold<br>(part) | 07/20/18 | J | | |
| 166. | | | | | Buy<br>(add'l) | 07/23/18 | J | | |
| 167. | | | | | Sold<br>(part) | 07/25/18 | J | | |
| 168. | | | | | Buy<br>(add'l) | 07/26/18 | J | | |
| 169. | | | | | Buy<br>(add'l) | 07/27/18 | J | | |
| 170. | | | | | Buy<br>(add'l) | 07/31/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 172. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 173. | | | | | Buy (add'l) | 08/07/18 | J | | |
| 174. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 175. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 176. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 177. | | | | | Buy (add'l) | 08/14/18 | J | | |
| 178. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 179. | | | | | Buy (add'l) | 08/16/18 | J | | |
| 180. | | | | | Buy (add'l) | 08/17/18 | J | | |
| 181. | | | | | Sold (part) | 08/20/18 | J | | |
| 182. | | | | | Buy (add'l) | 08/24/18 | J | | |
| 183. | | | | | Buy (add'l) | 08/27/18 | J | | |
| 184. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 185. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 186. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 187. | | | | | Buy (add'l) | 09/07/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Buy<br>(add'l) | 09/10/18 | J | | |
| 189. | | | | | Buy<br>(add'l) | 09/11/18 | J | | |
| 190. | | | | | Buy<br>(add'l) | 09/13/18 | J | | |
| 191. | | | | | Buy<br>(add'l) | 09/17/18 | J | | |
| 192. | | | | | Buy<br>(add'l) | 09/18/18 | J | | |
| 193. | | | | | Sold<br>(part) | 09/20/18 | J | | |
| 194. | | | | | Buy<br>(add'l) | 09/24/18 | J | | |
| 195. | | | | | Buy<br>(add'l) | 09/26/18 | J | | |
| 196. | | | | | Buy<br>(add'l) | 09/27/18 | J | | |
| 197. | | | | | Buy<br>(add'l) | 09/28/18 | J | | |
| 198. | | | | | Buy<br>(add'l) | 10/01/18 | J | | |
| 199. | | | | | Buy<br>(add'l) | 10/02/18 | J | | |
| 200. | | | | | Buy<br>(add'l) | 10/05/18 | J | | |
| 201. | | | | | Buy<br>(add'l) | 10/11/18 | J | | |
| 202. | | | | | Buy<br>(add'l) | 10/12/18 | J | | |
| 203. | | | | | Buy<br>(add'l) | 10/15/18 | J | | |
| 204. | | | | | Buy<br>(add'l) | 10/17/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 10/22/18 | J | | |
| 206. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 207. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 208. | | | | | Sold (part) | 10/29/18 | J | | |
| 209. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 210. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 211. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 212. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 213. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 214. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 215. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 216. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 217. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 218. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 219. | | | | | Sold (part) | 11/20/18 | J | | |
| 220. | | | | | Sold (part) | 11/21/18 | J | | |
| 221. | | | | | Buy (add'l) | 11/23/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 11/27/18 | J | | |
| 223. | | | | | Buy<br>(add'l) | 11/30/18 | J | | |
| 224. | | | | | Buy<br>(add'l) | 12/03/18 | J | | |
| 225. | | | | | Buy<br>(add'l) | 12/04/18 | J | | |
| 226. | | | | | Buy<br>(add'l) | 12/06/18 | J | | |
| 227. | | | | | Buy<br>(add'l) | 12/07/18 | J | | |
| 228. | | | | | Buy<br>(add'l) | 12/10/18 | J | | |
| 229. | | | | | Buy<br>(add'l) | 12/11/18 | J | | |
| 230. | | | | | Buy<br>(add'l) | 12/13/18 | J | | |
| 231. | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 232. | | | | | Buy<br>(add'l) | 12/18/18 | J | | |
| 233. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 234. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 235. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 236. | | | | | Buy<br>(add'l) | 12/24/18 | J | | |
| 237. | | | | | Buy<br>(add'l) | 12/26/18 | J | | |
| 238. | | | | | Buy<br>(add'l) | 12/27/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Buy<br>(add'l) | 12/28/18 | J | | |
| 240. | | | | | Buy<br>(add'l) | 12/31/18 | J | | |
| 241. FedEx Corp. | A | Dividend | J | T | Buy<br>(add'l) | 07/25/18 | J | | |
| 242. FHLB 2.8% 11/27/24 | A | Interest | J | T | | | | | |
| 243. Halliburton Co. (misspelled on last year's report) | A | Dividend | | | Sold<br>(part) | 07/13/18 | J | A | |
| 244. | | | | | Sold | 10/29/18 | J | | |
| 245. Harbor Small Cap Value | | None | | | Buy<br>(add'l) | 07/12/18 | J | | |
| 246. | | | | | Sold | 11/06/18 | J | | |
| 247. Honeywell International Inc. | A | Dividend | J | T | Sold<br>(part) | 03/22/18 | J | A | |
| 248. Intercontinental Exchange | A | Dividend | J | T | Buy<br>(add'l) | 02/07/18 | J | | |
| 249. iShares Core S&P 500 ETF | A | Dividend | K | T | Sold<br>(part) | 01/24/18 | K | A | |
| 250. | | | | | Sold<br>(part) | 07/13/18 | J | A | |
| 251. | | | | | Buy<br>(add'l) | 10/29/18 | J | | |
| 252. | | | | | Buy<br>(add'l) | 11/07/18 | J | | |
| 253. iShares Core S&P Mid Cap ETF | A | Dividend | K | T | Buy<br>(add'l) | 07/13/18 | J | | |
| 254. iShares Core S&P Small Cap ETF | A | Dividend | K | T | Sold<br>(part) | 11/07/18 | J | A | |
| 255. iShares MSCI EAFE Small Cap ETF | A | Dividend | K | T | Buy<br>(add'l) | 07/13/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. iShares S&P Midcap 400 Growth ETF | A | Dividend | J | T | Sold (part) | 07/13/18 | J | A | |
| 257. JP Morgan Chase common stock | A | Dividend | J | T | Sold (part) | 07/13/18 | J | A | |
| 258. Las Vegas Sands | A | Dividend | J | T | Buy (add'l) | 11/02/18 | J | | |
| 259. Lowes Cos. Inc. | A | Dividend | | | Sold (part) | 02/07/18 | J | A | |
| 260. | | | | | Sold | 05/23/18 | J | | |
| 261. Mastercard, Inc. | A | Dividend | J | T | Sold (part) | 07/13/18 | J | A | |
| 262. Materials Select Sector SPDR Fund | A | Dividend | | | Sold (part) | 07/13/18 | J | | |
| 263. | | | | | Sold (part) | 10/17/18 | J | | |
| 264. | | | | | Sold | 12/20/18 | J | | |
| 265. Matthews Pacific Tiger Inst. | A | Dividend | K | T | Sold (part) | 05/08/18 | J | | |
| 266. | B | Distribution | | | Buy (add'l) | 07/12/18 | J | | |
| 267. Medtronic | A | Dividend | J | T | | | | | |
| 268. New York, NY 3.05% 10/01/29 | A | Interest | J | T | | | | | |
| 269. Nike Inc. | A | Dividend | J | T | Sold (part) | 03/22/18 | J | A | |
| 270. Oracle | A | Dividend | | | Sold | 06/19/18 | J | | |
| 271. PACCAR Inc. | A | Dividend | | | Sold | 07/25/18 | J | | |
| 272. Pepsico Inc. | A | Dividend | J | T | Buy (add'l) | 09/04/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Pioneer Natural Resources Co. | A | Dividend | J | T | Buy (add'l) | 10/29/18 | J | | |
| 274. Priceline Group Inc. (name changed to Booking Holdings) | | None | J | T | | | | | |
| 275. Procter & Gamble Co. | A | Dividend | J | T | Sold (part) | 04/30/18 | J | | |
| 276. Progressive Corp. Ohio | A | Dividend | J | T | Sold (part) | 06/28/18 | J | A | |
| 277. Salesforce.com | | None | J | T | Sold (part) | 07/13/18 | J | A | |
| 278. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 279. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 280. SAP SE SPONS ADR | A | Dividend | J | T | | | | | |
| 281. Signature Bank | | None | | | Sold | 05/25/18 | J | | |
| 282. Sony | A | Dividend | J | T | | | | | |
| 283. Starbucks Corp. | A | Dividend | J | T | Sold (part) | 07/13/18 | J | | |
| 284. | | | | | Sold (part) | 11/02/18 | J | A | |
| 285. Sysco Corp. | A | Dividend | J | T | Sold (part) | 07/13/18 | J | A | |
| 286. Texas Instruments | A | Dividend | J | T | Sold (part) | 01/08/18 | J | A | |
| 287. Union Pacific Corp | A | Dividend | J | T | | | | | |
| 288. United Health Group Inc. | A | Dividend | J | T | Sold (part) | 07/13/18 | J | A | |
| 289. Univ. of Hawaii 3.28% 10/1/27 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. Univ. of Hawaii 3.38% 10/1/28 | A | Interest | K | T | | | | | |
| 291. US Bancorp New | A | Dividend | | | Sold | 05/23/18 | J | | |
| 292. Utilities Select Sector SPDR Fund | A | Dividend | | | Sold (part) | 12/05/18 | J | A | |
| 293. | | | | | Sold | 12/06/18 | J | A | |
| 294. Vanguard FTSE Developed Markets ETF | C | Dividend | L | T | Buy (add'l) | 05/09/18 | J | | |
| 295. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 296. | | | | | Buy (add'l) | 09/10/18 | J | | |
| 297. Vanguard FTSE Emerging Markets ETF | B | Dividend | L | T | Buy (add'l) | 05/09/18 | J | | |
| 298. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 299. Vanguard FTSE Europe ETF | A | Dividend | | | Buy (add'l) | 02/21/18 | J | | |
| 300. | | | | | Sold | 05/09/18 | K | A | |
| 301. Vanguard REIT ETF | A | Dividend | K | T | Sold (part) | 07/13/18 | J | | |
| 302. Vanguard S/T Investment Grade FD-ADM | C | Dividend | J | T | Sold (part) | 01/11/18 | J | | |
| 303. | | | | | Sold (part) | 02/09/18 | K | | |
| 304. | | | | | Sold (part) | 02/14/18 | K | | |
| 305. | | | | | Sold (part) | 02/15/18 | K | | |
| 306. | | | | | Sold (part) | 02/20/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 02/28/18 | K | | |
| 308. | | | | | Sold (part) | 03/02/18 | K | | |
| 309. | | | | | Sold (part) | 03/05/18 | K | | |
| 310. | | | | | Sold (part) | 03/08/18 | K | | |
| 311. | | | | | Sold (part) | 03/29/18 | K | | |
| 312. | | | | | Sold (part) | 04/04/18 | N | | |
| 313. | | | | | Buy (add'l) | 07/12/18 | K | | |
| 314. | | | | | Sold (part) | 07/23/18 | K | | |
| 315. | | | | | Sold (part) | 11/23/18 | J | | |
| 316.  Verizon | A | Dividend | | | Sold (part) | 03/28/18 | J | A | |
| 317. | | | | | Sold (part) | 07/25/18 | J | A | |
| 318. | | | | | Sold | 09/04/18 | J | A | |
| 319.  Wells Fargo & Co. common stock | A | Dividend | | | Sold | 03/08/18 | J | A | |
| 320.  Activision Blizzard Inc. | | None | J | T | Buy | 09/04/18 | J | | |
| 321.  Adobe Systems 3.25% 2/1/25 | A | Interest | K | T | Buy | 02/20/18 | K | | |
| 322.  American Express | A | Dividend | J | T | Buy | 05/23/18 | J | | |
| 323.  Apple, Inc. 3.35% 2/09/27 | A | Interest | J | T | Buy | 02/09/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. Boeing | A | Dividend | J | T | Buy | 10/29/18 | J | | |
| 325. Boston Scientific | | None | J | T | Buy | 03/08/18 | J | | |
| 326. | | | | | Sold (part) | 07/13/18 | J | A | |
| 327. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 328. BP Capital Markets PLC 3.588% | A | Interest | K | T | Buy | 02/16/18 | K | | |
| 329. Carillon Scout Mid Cap-I | A | Dividend | J | T | Buy | 05/25/18 | J | | |
| 330. | A | Distribution | | | | | | | |
| 331. Citigroup Inc. | A | Dividend | J | T | Buy | 06/28/18 | J | | |
| 332. | | | | | Buy (add'l) | 07/25/18 | J | | |
| 333. Concho Resources | | None | J | T | Buy | 02/16/18 | J | | |
| 334. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 335. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 336. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 337. DWS Enhanced Commodity Strat Instl | B | Dividend | K | T | Buy | 10/26/18 | K | | |
| 338. FFCB 2.6% 3/8/21 | A | Interest | K | T | Buy | 03/08/18 | K | | |
| 339. FFCB 2.95% 8/9/27 | A | Interest | K | T | Buy | 07/20/18 | K | | |
| 340. FFCB 3.15% 2/14/25 | A | Interest | K | T | Buy | 02/14/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341.  FFCB 3.30% 2/20/26 | A | Interest | K | T | Buy | 02/20/18 | K | | |
| 342.  FFCB 3.36% 2/27/25 | A | Interest | K | T | Buy | 02/27/18 | K | | |
| 343.  FFCB 3.37% 3/13/25 | A | Interest | K | T | Buy | 03/13/18 | K | | |
| 344. | | | | | Buy<br>(add'l) | 03/28/18 | K | | |
| 345.  FFCB 2.33% 9/14/29 | A | Interest | J | T | Buy | 11/21/18 | J | | |
| 346.  FHLB 3.45% 3/22/28 | A | Interest | J | T | Buy | 03/22/18 | J | | |
| 347.  FNMA 1.4% 6/13/19 | A | Interest | J | T | Buy | 06/08/18 | J | | |
| 348.  General Dynamics | A | Dividend | | | Buy | 03/22/18 | J | | |
| 349. | | | | | Buy<br>(add'l) | 07/25/18 | J | | |
| 350. | | | | | Sold | 10/24/18 | J | | |
| 351.  Home Depot | A | Dividend | J | T | Buy | 05/23/18 | J | | |
| 352.  LAM Research Corp | A | Dividend | J | T | Buy | 06/19/18 | J | | |
| 353.  Lockheed Martin | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 354. | | | | | Buy<br>(add'l) | 06/28/18 | J | | |
| 355.  Microchip Technology | A | Dividend | J | T | Buy | 04/30/18 | J | | |
| 356. | | | | | Buy<br>(add'l) | 09/04/18 | J | | |
| 357.  Mohawk Industries | | None | | | Buy | 02/07/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 08/07/18 | J | | |
| 359. Morgan Stanley CD 2.4% | A | Interest | K | T | Buy | 01/11/18 | K | | |
| 360. Morgan Stanley CD 2.7% | A | Interest | K | T | Buy | 03/08/18 | K | | |
| 361. PIMCO Commodity PL Strat-P | B | Dividend | K | T | Buy | 10/26/18 | K | | |
| 362. Royal Caribbean Cruises LTD | A | Dividend | J | T | Buy | 09/04/18 | J | | |
| 363. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 364. Thermofisher Scientific | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 365. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 366. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 367. Twenty First Century Fox Inc. | | None | | | Buy | 07/13/18 | J | | |
| 368. | | | | | Sold | 09/04/18 | J | | |
| 369. US Treasury Notes 2.25% 3/31/20 | A | Interest | L | T | Buy | 04/04/18 | L | | |
| 370. | | | | | Sold (part) | 06/08/18 | J | | |
| 371. US Treasury Notes 2.375% 3/15/21 | A | Interest | L | T | Buy | 04/04/18 | L | | |
| 372. US Treasury Notes 2.5% 3/31/23 | A | Interest | L | T | Buy | 04/04/18 | L | | |
| 373. US Treasury Notes 2.625% 3/31/25 | A | Interest | L | T | Buy | 04/04/18 | L | | |
| 374. Vanguard Materials ETF | | None | J | T | Buy | 12/20/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.  Vanguard Utilities ETF | A | Dividend | J | T | Buy | 12/05/18 | J | | |
| 376. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 377. | | | | | | | | | |
| 378. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Comments to Section VII.

On line 16, I list Northwestern Mutual Life Insurance. This policy is a whole life policy.

On lines 30 and 31, I list Vanguard Total Bond Market Fund. On my 2017 report, I indicated that I had sold this fund in its entirety on 12/21/17. That transaction should have been recorded as sold(part), rather than sold, and the 2017 report should have reflected an end of year value of K, wtih a value method of T.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph A. Greenaway**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544